IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYRON ROE (Y32231), | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )     Case No. 23 C 5510 |
| v. | ) |
| | )     Hon. Jorge L. Alonso |
| ST. ALEXIAN BROTHERS HOSPITAL, et al., | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

By order dated September 27, 2023, the Court dismissed Plaintiff's complaint without prejudice and granted him leave to submit an amended complaint. Plaintiff requests additional time to comply with the order and advises that he did not receive a blank amended complaint form [9]. He also requests a copy of the Federal Rules of Civil Procedure, Federal Rules of Evidence, and this Court's Local Rules [8]. The Court grants Plaintiff's request for additional time to submit an amended complaint [9]. Any amended complaint must be submitted on the form supplied by the Court, *see* Local Rule 81.1 (N.D. Ill.), and the Statement of Claim may not exceed 10 pages. Failure to comply by 12/15/23 will result in summary dismissal of this lawsuit. The Court denies Plaintiff's request for copies. Although Plaintiff is proceeding *in forma pauperis*, he is not entitled to free copies of documents from the Clerk of Court. *See Lucien v. DeTella*, 141 F.3d 773, 774 (7th Cir. 1998) (explaining that "[a]ll § 1915 has ever done is excuse pre-payment of the docket fees;" the litigant remains responsible for paying those fees as well as any other costs of litigation). Plaintiff must prepay the cost of obtaining copies before the Clerk may send them to him. Plaintiff should submit a request for copies to the Clerk of Court, specifying exactly which Rules he would like copied. The Clerk of Court is directed to send Plaintiff a copy of the September 27, 2023 order [7], a blank amended complaint form, and a copy of this order.

**SO ORDERED.**                                                         **ENTERED:**   November 2, 2023

 

_____
**JORGE L. ALONSO**
**United States District Judge**